# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 15-0434-DOC (RNBx)                                              Date: June 30, 2015

Title: JENEANE OTTMAN V. ANTHEM LIFE INSURANCE COMPANY

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [16]; DENYING AS MOOT DEFENDANT'S MOTION TO STRIKE [12] AND MOTION TO DISMISS [13]**

On May 20, 2015, Defendant Anthem Life Insurance Company filed a Motion to Strike (Dkt. 12) and a Motion to Dismiss (Dkt. 13), noticed to be heard on July 20, 2015. The notices of motions stated that Defendant would take the motions off calendar if Plaintiff decided to amend her Complaint. On June 29, 2015, Plaintiff filed a motion for leave to file a first amended complaint (Dkt. 16).

Generally, leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a); *see also Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990) (holding that Rule 15's policy of favoring amendments to pleadings should be applied with "extreme liberality").

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 15-0434-DOC (RNBx)                              Date: June 30, 2015

                                                                                                       Page 2

Accordingly, the Court ORDERS as follows:

(1) Plaintiff's Motion is GRANTED. Plaintiff shall file her first amended complaint on or before **July 6, 2015**.[1]

(2) Defendant's Motions are DENIED AS MOOT.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                            Initials of Deputy Clerk nkb

---

[1] The proposed order filed with Plaintiff's Motion refers to a copy of the First Amended Complaint "attached hereto as Exhibit 1." *See* Proposed Order (Dkt. 16-2). However, there does not appear to be an Exhibit 1 attached.