UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE OTTMAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>ANTHEM LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 8:15-cv-00434 DOC-RNBx<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS [33]<br><br>Complaint Filed:    March 18, 2015<br><br>Honorable David O. Carter |

Upon consideration of the STIPULATION, IT IS HEREBY ORDERED that:

This case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 4, 2016

*/s/ David O. Carter*

Honorable David O. Carter
District Court Judge